SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Numeriano P. Inumerable (SBN 144076)
101 S. Western Ave.
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff
IGNACIO VERA

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

IGNACIO VERA,
Plaintiff,
vs.
SOCAL SMOKE SHOP INC; MISSION HILLS PLAZA LLC; and DOES 1 to 10,
Defendants.

**Case No.: 2:26-cv-06210**

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT SOCAL SMOKE SHOP INC**

**PLEASE TAKE NOTICE** that Plaintiff IGNACIO VERA ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses Defendant SOCAL SMOKE SHOP INC ("Defendant") *without prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

(a) **Voluntary Dismissal.**

(1) *Without a Court Order*. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(i) A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, Defendant may be dismissed without an Order of the Court.

DATED: August 6, 2026

SO. CAL. EQUAL ACCESS GROUP

By: *\/s/ Jason J. Kim*

Jason J. Kim
Attorneys for Plaintiff