JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| IGNACIO VERA,<br><br>Plaintiff,<br><br>v.<br><br>SOCAL SMOKE SHOP INC., et al.,<br><br>Defendants. | ) | Case No. CV 26-6210 FMO (SSCx)<br><br>**JUDGMENT** |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 18th day of August, 2026.

/s/

Fernando M. Olguin
United States District Judge